DAVID J. CATANZARO,

                    Appellant

v.

Does 1 Through 50
WALMART, INC;
WALMART.COM